SHERMAN v. CHANLER et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Thomas T. Sherman against John A. Chanler and others. No opinion. Motion to dismiss appeal granted, without costs. Order filed.